BAUTE & TIDUS LLP
777 SOUTH FIGUEROA STREET, SUITE 4900
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>CHANG - SHENG, INC., et al.,<br><br>Defendants. | Case No.  07 CV 0236 LAB RBB<br>Complaint filed February 6, 2007<br><br>**ORDER ON PLAINTIFF SYMANTEC CORPORATION'S *EX PARTE* APPLICATION TO PERMIT CORPORATE COUNSEL TO SERVE AS SYMANTEC'S PARTY REPRESENTATIVE WITH OUTSIDE TRIAL COUNSEL AT SETTLEMENT CONFERENCE [DOC. NO. 26]**<br><br>DATE:     October 11, 2007<br>TIME:     2:00 P.M.<br>DEPT.:    Courtroom B, 1st Floor<br><br>Mag. Judge: Hon. Ruben B. Brooks |

BAUTE & TIDUS LLP
777 SOUTH FIGUEROA STREET, SUITE 4900
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

1

2    Plaintiff Symantec Corporation ("Symantec") has applied *ex parte* for
3  permission to allow David Majors, an attorney in Symantec's legal department, to
4  appear as Symantec's party representative at the settlement conference on October
5  11, 2007. The Defendants oppose the request. [doc. no. 27].
6    Good cause appearing, the Court hereby GRANTS Symantec's application.
7  Mr. Majors shall be allowed to appear as Symantec's party representative at the
8  settlement conference on October 11, 2007.

9

10 **IT IS SO ORDERED**

11

12  Dated: October 10, 2007
13                                    The Honorable Ruben B. Brooks
                                      Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[OrderReAppearanceCorpCounsel.wpd]    [PROPOSED] ORDER ON PLTF'S EX
SYMANTEC v. CHANG-SHENG, INC. *et al.*    PARTE APP. RE CORP. COUNSEL
07 CV 0236 LAB RBB                         APPEARING AT SETTLEMENT
                                           CONFERENCE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the aforesaid County, State of California; I am over the age of 18 and not a party to the within action; my business address is

_✔_   BAUTE & TIDUS, LLP
801 South Figueroa Street, Suite 4900
Los Angeles, CA 90017
Tel: (213) 630-5000

___   ACE MESSENGER AND ATTORNEY SERVICE, INC.
811 Wilshire Boulevard, Suite 900
Los Angeles, CA 90017
Tel: (213) 623-3979

I served the following listed documents on the interested parties in this action as follows:

**SYMANTEC v. CHANG-SHENG (DIRECTRON)**
USDC, Southern District of California, Case No. 07 CV 0236 JLS RBB
[ 1740.34 ]

___ **PLAINTIFF SYMANTEC CORPORATION'S EX PARTE APPLICATION TO PERMIT CORPORATE COUNSEL TO SERVE AS SYMANTEC'S PARTY REPRESENTATIVE WITH OUTSIDE TRIAL COUNSEL AT SETTLEMENT CONFERENCE**

___ **DECLARATION OF MARK D. BAUTE IN SUPPORT OF PLAINTIFF SYMANTEC CORPORATION'S EX PARTE APPLICATION TO PERMIT CORPORATE COUNSEL TO SERVE AS SYMANTEC'S PARTY REPRESENTATIVE WITH OUTSIDE TRIAL COUNSEL AT SETTLEMENT CONFERENCE**

___ **DECLARATION OF DAVID MAJORS IN SUPPORT OF PLAINTIFF SYMANTEC CORPORATION'S EX PARTE APPLICATION TO PERMIT CORPORATE COUNSEL TO SERVE AS SYMANTEC'S PARTY REPRESENTATIVE WITH OUTSIDE TRIAL COUNSEL AT SETTLEMENT CONFERENCE**

_✔_ **[PROPOSED] ORDER ON PLAINTIFF SYMANTEC CORPORATION'S EX PARTE APPLICATION TO PERMIT CORPORATE COUNSEL TO SERVE AS SYMANTEC'S PARTY REPRESENTATIVE WITH OUTSIDE TRIAL COUNSEL AT SETTLEMENT CONFERENCE**

___ By Personal Service I caused such envelope to be delivered by hand to the interested party as listed below.

_✔_ By Facsimile to the names and fax numbers listed below.

1  \_\_\_  By Federal Express ~ Next Business Day Delivery: by placing a true copy thereof in a sealed envelope(s) and addressed to the parties listed below.

2  _✔_  By Mail: by placing a true copy thereof in a sealed envelope and addressed to the parties listed below.  I placed such envelope(s) for deposit in the U.S. Mail for service by the United States Postal Service, with postage thereon fully prepaid.

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.  I am aware that, on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

\_\_\_  By E-Mail: I caused the above-referenced document(s) to be e-mailed to the parties listed below, as noted.

| | |
|---|---|
| LA BELLA & McNAMARA LLP<br>Thomas W. McNamara, Esq.<br>Steven T. Coopersmith, Esq.<br>401 West "A" Street, Suite 1150<br>San Diego, CA 92101<br>    Tel:   (619) 696-9200<br>    Fax:  (619) 696-9269<br>[ecf filer] | *Attorney for Defendants*<br>*CHANG - SHENG, INC.; R L S INTERESTS, INC.; MICHAEL CHANG, a.k.a. HSIANGPIN CHANG; JASON SHENG; SIUCHU CHANG, a.k.a. SUICHU CHANG; QIONGYING CHANG; VICKY CHANG; DIRECTRON.COM; DIRECTRON.COM, INC.; HOUSTON COMPUTER CENTER, INC.; GAMESTRON.COM; and PRIME SYSTEMS* |
| Tim Shen, Esq.<br>14125 Memorial Drive, Suite 106<br>Houston, TX 77079<br>    Tel:   (281) 558-0900<br>    Fax:  (281) 558-0902<br>    tim@timshen.com | *Attorney for Defendants*<br>*CHANG - SHENG, INC.; R L S INTERESTS, INC.; MICHAEL CHANG, a.k.a. HSIANGPIN CHANG; JASON SHENG; SIUCHU CHANG, a.k.a. SUICHU CHANG; QIONGYING CHANG; VICKY CHANG; DIRECTRON.COM; DIRECTRON.COM, INC.; HOUSTON COMPUTER CENTER, INC.; GAMESTRON.COM; and PRIME SYSTEMS* |

[Rev. March 6, 2007]

☐   (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒   (FEDERAL)  I hereby certify that I am employed in the office of a member

BAUTE & TIDUS LLP
777 South Figueroa Street, Suite 4900
Los Angeles, California 90017
(213) 630-5000

[OrderReAppearanceCorpCounsel.wpd]    Symantec Corporation v. Chang-Sheng, Inc., Case No. 07 CV 0236 LAB RBB
PROOF OF SERVICE
3

1  of the Bar of this Court at whose direction the service was made, and I certify under penalty of perjury that the foregoing is true and correct.

2

3  ☐   (FEDERAL - ATTORNEY)  I hereby certify that I am a member of the Bar of the United States District Court, *Central District* of California, and I certify under penalty of perjury that the foregoing is true and correct.

4

5  Executed on _____ at Los Angeles, California.

6

7

8  *print name*            *signature*

BAUTE & TIDUS LLP
777 SOUTH FIGUEROA STREET, SUITE 4900
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

[OrderReAppearanceCorpCounsel.wpd]            Symantec Corporation v. Chang-Sheng, Inc., Case No. 07 CV 0236 LAB RBB
                                                PROOF OF SERVICE
4