1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| SYMANTEC CORPORATION, | ) Case No.: 07cv0236 JLS (RBB) |
| | ) |
| Plaintiff, | ) **ORDER GRANTING JOINT MOTION TO** |
| | ) **EXTEND EXPERT AND DISCOVERY** |
| v. | ) **CUT-OFF DEADLINES** |
| | ) |
| CHANG-SHENG, INC., a Texas Corporation; | ) |
| R L S INTERESTS, INC., a Texas | ) |
| Corporation; MICHAEL CHANG, an | ) Judge:  Hon. Larry Alan Burns |
| individual, a.k.a. HSIANGPIN CHANG; | ) Magistrate Judge:  Hon. Ruben B. Brooks |
| JASON SHENG, an individual; SIUCHU | ) |
| CHANG, an individual, a.k.a. SUICHU | ) |
| CHANG; QIONGYING CHANG, an | ) |
| individual; MATTHEW STILTNER, an | ) |
| individual; LARRY RILEY, an individual; | ) |
| JEFF LINCOLN, an individual; VICKY | ) |
| CHANG, an individual; DIRECTRON.COM, | ) |
| an entity of unknown organizational form; | ) |
| DIRECTRON.COM, INC., an entity of | ) |
| unknown organizational form; HOUSTON | ) |
| COMPUTER CENTER, INC., an entity of | ) |
| unknown organizational form; | ) |
| GAMESTRON.COM, an entity of unknown | ) |
| organizational form, PRIME SYSTEMS, an | ) |
| | ) |
| entity of unknown organizational form; | ) |
| AXION TECHNOLOGIES, an entity of | ) |
| unknown organizational form; AXION | ) |
| TECHNOLOGIES L.L.C., an entity of | ) |
| unknown organizational form; | ) |
| | ) |
| | ) |
| | ) |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

23034

| | |
|---|---|
| 1 | AXIONTECH.COM, an entity of unknown organizational form, and DOES 1-10, |
| 2 | inclusive, |
| |         Defendants. |
| 3 | |

)
)
)
)
)
)

**ORDER**

Pursuant to stipulation, and good cause appearing, the Joint Motion is granted and the Court approves the following:

1. The expert exchange deadline currently scheduled for February 21, 2008 will be extended to March 13, 2008.

2. The supplemental expert exchange deadline currently scheduled for March 4, 2008 will be extended to March 25, 2008.

3. The discovery cutoff deadline currently scheduled for April 14, 2008 will be extended to May 12, 2008.

4. The final pre-trial conference shall remain set for August 18, 2008 at 11:15 A.M., and all deadlines associated with the final pretrial conference shall remain unaffected by this order.

5. No other dates are affected by this order.

    IT IS SO ORDERED.

Dated:  February 19, 2008

                            By: _____
                               Hon. Ruben B. Brooks
                               United States Magistrate Judge